**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Amarillo Division**

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
          FILED

        MAR 19 2007

CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

JOWELL C. BULLARD,
NORRIS RAY TOLLERSON, JR.,
RANDY STOKES, JR., DONNA DAVIS,
ROBERT F. DEXTER, JOSHUA R. LUSTER,
SCOTT RUSK, JEFFORY E. POOL, TYE A.
WARD, JAMES DAVID SMITH, MICHAEL A.
KING, DOMINGO MARQUEZ, STEPHEN A. WILSON,
H. WAYNE BLACK on their own behalf  and
for all others similarly situated,

                              **Plaintiffs,**

V.                                                  **2:07CV-049-J**

BWXT-PANTEX, L.L.C.,

                              **Defendant.**

# Opt-In Authorization

I am a current or former employee of **BWXT-PANTEX, L.L.C.**, and I hereby consent to sue ,
**BWXT-PANTEX, L.L.C.**, by and through its members who are sued in their official capacity
unpaid wages, for unpaid overtime premiums and other injunctive relief under the federal Fair
Labor Standards Act ("FLSA"), 29 U.S.C. 201, et seq.

I worked in the position of _2nd Lieutenant_ for **BWXT-PANTEX, L.L.C.**
from on or about _October 2005_ to on or about _present_
(Continuing)

I hereby designate The Warner Law Firm, to represent me in this action.

Dated: _03-18-2007_ , 2007 Signed: _____
                                              (signature)

Name (Print Legibly) _Jowell Bullard_
Address _3421 Teckla blvd._
_Amarillo, Tx. 79109_
(City, State, Zip Code)

Telephone: _806-626-3700_
E-Mail address: _jowell1096@yahoo.com_

**RETURN TO:**
Michael A. Warner
The Warner Law Firm
101 S.E. 11th, Suite 301
Amarillo, Texas 79101
Tele:   806.372.2595
Fax:   806.372.5674