IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

JOWELL C. BULLARD,
NORRIS RAY TOLLERSON, JR.,
RANDY STOKES, JR., DONNA DAVIS,
ROBERT F. DEXTER, JOSHUA R. LUSTER,
SCOTT RUSK, JEFFORY E. POOL, TYE A.
WARD, JAMES DAVID SMITH, MICHAEL A.
KING, DOMINGO MARQUEZ, STEPHEN A. WILSON,
H. WAYNE BLACK on their own behalf and
for all others similarly situated,

                                                  Plaintiffs,

V.                                                                           Case No. 2-07CV-049-J

BWXT-PANTEX, L.L.C.,

                                                 Defendant.

## Opt-In Authorization

I am a current or former employee of **BWXT-PANTEX, L.L.C.**, and I hereby consent to sue, **BWXT-PANTEX, L.L.C.**, by and through its members who are sued in their official capacity unpaid wages, for unpaid overtime premiums and other injunctive relief under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201, et seq.

I worked in the position of _2nd Lieutenant_ for **BWXT-PANTEX, L.L.C.** from on or about _November, 2004_ to on or about _____
(Continuing)

I hereby designate The Warner Law Firm, to represent me in this action.

Dated: _March 19_, 2007 Signed: _R. _____
                                                                               (signature)

Name (Print Legibly) _Norris R. Tollerson Jr._
Address              _3703 Linda Dr._
                       _Amarillo, TX. 79169_
                       (City, State, Zip Code)

Telephone: _(806) 351-0424 / 806 299-1057_
E-Mail address: _tollerson_cl@hotmail.com_

**RETURN TO:**
Michael A. Warner
The Warner Law Firm
101 S.E. 11th, Suite 301
Amarillo, Texas 79101
Tele:   806.372.2595
Fax:    806.372.5674