**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 2:07-cv-049-J

2. Style of case: Jowell C. Bullard, et. al. vs. BWXT Pantex

3. Nature of suit: Fair Labor Standards Act claims

4. Method of ADR used: Mediation

5. Date ADR session was held: February 22, 2010

6. Outcome of ADR (*Select one*):

   Settled as a result of ADR

7. What was your TOTAL fee: $1250

8. Duration of ADR: 5 hours

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Marty Rowley - Mediator
   Jason Webster  - Plaintiffs' attorney
   Michael Warner – Plaintiffs' attorney
   Stacy Grant – Plaintiffs' representative
   Bradley Howard – Defendant's attorney
   Robert Vardabedian – Defendant's attorney
   Alan Jones – Defendant's representative

   *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /s/ Marty Rowley                                February 25, 2010
    701 South Taylor, Suite 470H, LB 4
    Amarillo, Texas 79101

**<u>Alternative Dispute Resolution Summary</u>**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Jason Webster
Matthew & Associates
2905 Sackett Street
Houston, Texas 77098
713-222-8080

Michael Warner
Warner Law Firm
101 S.E. 11th, Suite 301
Amarillo, Texas 79101

Bradley Howard
Robert Vartabedian
Brown & Fortunato, P.C.
P.O. Box 9418
Amarillo, Texas 79105