CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 APR 16 PM 4: 17

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOWELL C. BULLARD, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2-07CV-049-J |
| | § | |
| BABCOCK & WILCOX TECHNICAL SERVICES PANTEX, LLC, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER DENYING
## PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

Before the Court is the Plaintiffs' Motion for Attorney Fees and Costs ("Plaintiffs' Motion"). The parties have settled and compromised all matters in controversy in Plaintiffs' Motion. Because all of the issues addressed in Plaintiffs' Motion have been fully resolved between the parties, the Court is of the opinion that the motion should be DENIED as moot. Pursuant to the Court's earlier Order dated September 9, 2009, for purposes of determining the deadline for either party to file a notice of appeal, the date of this Order constitutes the date this Court disposed of Plaintiffs' Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Motion for Attorney Fees and Costs is DENIED.

Signed this __16th__ day of __April__, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Jason C. Webster
Jason C. Webster

/s/ Michael A. Warner
Michael A. Warner

**ATTORNEYS FOR PLAINTIFFS**

/s/ Bradley W. Howard
Bradley W. Howard

/s/ Robert C. Vartabedian
Robert C. Vartabedian

**ATTORNEYS FOR DEFENDANTS**

20K0952.DOCX