IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOWELL C. BULLARD, NORRIS RAY TOLLERSON, JR., RANDY STOKES, JR., DONNA DAVIS, ROBERT F. DEXTER, JR., JOSHUA R. LUSTER, SCOTT RUSK, JEFFORY E. POOL, TYE A. WARD, JAMES DAVID SMITH, MICHAEL A. KING, DOMINGO MARQUEZ, STEPHEN A. WILSON, H. WAYNE BLACK, CHARLES DOUGLAS WALKER, GARY D. PHENIX SCOTT BEECHER HERRING, PAM J. HITT, SAMUEL RAY GIBSON, EUFEMIO JOE RUBALCABA, CHRISTOPHER L. SCHWARZ, STACY L. GRANT, HERBERT CHARLES CARR, CHRIS JENKINS, TODD FINLEY, KEVIN WAYNE OSBORNE, M.L. WITHERSPOON, ALVIN VIRGIL NEWTON, RODERICK J. UPTON, and KEVIN LANKFORD,<br><br>　　Plaintiffs,<br><br>v.<br><br>BABCOCK & WILCOX TECHNICAL SERVICES PANTEX, L.L.C.,<br><br>　　Defendant. | §§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2-07CV-049-J |

## AGREED MOTION FOR AMENDED JUDGMENT

COME NOW Plaintiffs and Babcock & Wilcox Technical Services Pantex, L.L.C. ("Defendant") (collectively, the "Parties") by and through their counsel of record, and file this Agreed Motion for Amended Judgment (the "Parties' Agreed Motion") and would show the Court as follows:

1.     The Parties tried this case to the Court from August 12, 2008, to August 20, 2008. On June 17, 2009, the Court issued its MEMORANDUM OPINION AND ORDER and FINDINGS OF FACT AND CONCLUSIONS OF LAW.

2.     Consistent with that opinion, the Court entered Judgment on August 24, 2009 (the "Judgment").  Among other holdings in the Judgment, the Court held that Defendant willfully misclassified the job positions of Desk Lieutenant, Administrative Lieutenant, Curriculum Developer, and Fire Lieutenant as exempt from the overtime provisions of the Fair Labor Standards Act ("FLSA").  The Court therefore applied a three-year statute of limitations to FLSA claims of Plaintiffs who held those positions during the relevant time period.

3.     Defendant appealed to the Fifth Circuit solely on the issue of willfulness.  On May 4, 2011, the Fifth Circuit vacated the Court's finding of willful violations and remanded the case to this Court for further proceedings consistent with the Fifth Circuit's ruling (the "Fifth Circuit Opinion").

4.      In support of the Parties' Agreed Motion, the Parties now agree that, in light of the Fifth Circuit Opinion: (1) there is no evidence in the record to support a finding that the job positions of Desk Lieutenant, Administrative Lieutenant, Curriculum Developer, and Fire Lieutenant were willfully misclassified as exempt from the overtime provisions of the FLSA, (2) there is no evidence in the record to support a finding that Defendant committed any "willful" FLSA misclassifications or otherwise willfully violated the FLSA, and (3) Plaintiffs' claims for damages should therefore be limited by a two-year statute of limitations.

5.     Because of the Parties' agreement as to the facts stated in Paragraph 4 above, the Parties believe that moving forward with remand proceedings would not promote judicial

economy or efficiency and would constitute a waste of the time and resources for the Parties and the Court.

6. Accordingly, Plaintiffs and Defendant have filed the Parties' Agreed Motion and shall submit an Agreed Amended Judgment that disposes of all controversies pending between the Parties in this case, CIVIL ACTION NO. 2-07CV-049-J. Therefore, no remand proceedings or any other proceedings shall be necessary and this case shall be fully and finally resolved.

7. The Parties' Agreed Motion and the Agreed Amended Judgment are not made for any improper purpose, but rather, for the mutual benefit of the Parties and for the purpose of promoting judicial economy and efficiency.

8. The Parties' Agreed Motion has been electronically filed and signed with the consent of counsel for all parties pursuant to Northern District of Texas Local Rule 11.1.

WHEREFORE, the Parties respectfully request that the Court grant the Parties' Agreed Motion and sign and enter the Agreed Amended Judgment.

    Respectfully submitted,

    Bradley W. Howard
    State Bar No. 00786452
    Robert C. Vartabedian
    State Bar No. 24053534
    BROWN & FORTUNATO, P.C.
    905 South Fillmore, Suite 400 (79101)
    P.O. Box 9418
    Amarillo, TX 79105-9418
    (806) 345-6300 Telephone
    (806) 345-6363 Facsimile
    bhoward@bf-law.com Email

    By:   s/ Bradley W. Howard
            Bradley W. Howard

    **ATTORNEYS FOR DEFENDANT**

Jason C. Webster
Texas Bar No. 24033318
THE WEBSTER LAW FIRM
6200 Savoy, Suite 515
Houston, TX 77036
(713) 581-3900 Telephone
(713) 581-907 Fax
jwebster@thewebsterlawfirm.com

By:   s/ Jason C. Webster
      Jason C. Webster

and

Michael A. Warner
Texas Bar No. 20872700
THE WARNER LAW FIRM
101 S.E. 11th, Suite 301
Amarillo, TX  79101
(806) 372-2595 Telephone
(806) 372-5674 Fax
mawarner@suddenlinkmail.com

By:   s/ Michael A. Warner
      Michael A. Warner

**ATTORNEYS FOR PLAINTIFFS**

F:\DOCS\2268\012\PLEADING\2229743.DOC