CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JUN -7 PM 12: 55

DEPUTY CLERK __ac__

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOWELL C. BULLARD, NORRIS RAY TOLLERSON, JR., RANDY STOKES, JR., DONNA DAVIS, ROBERT F. DEXTER, JR., JOSHUA R. LUSTER, SCOTT RUSK, JEFFORY E. POOL, TYE A. WARD, JAMES DAVID SMITH, MICHAEL A. KING, DOMINGO MARQUEZ, STEPHEN A. WILSON, H. WAYNE BLACK, CHARLES DOUGLAS WALKER, GARY D. PHENIX SCOTT BEECHER HERRING, PAM J. HITT, SAMUEL RAY GIBSON, EUFEMIO JOE RUBALCABA, CHRISTOPHER L. SCHWARZ, STACY L. GRANT, HERBERT CHARLES CARR, CHRIS JENKINS, TODD FINLEY, KEVIN WAYNE OSBORNE, M.L. WITHERSPOON, ALVIN VIRGIL NEWTON, RODERICK J. UPTON, and KEVIN LANKFORD, <br><br>Plaintiffs, <br><br>v. <br><br>BABCOCK & WILCOX TECHNICAL SERVICES PANTEX, L.L.C., <br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2-07CV-049-J |

## AGREED AMENDED JUDGMENT

PLAINTIFFS and BABCOCK & WILCOX TECHNICAL SERVICES PANTEX, L.L.C. ("DEFENDANT") (collectively, the "Parties") tried this case to the Court from August 12, 2008, to August 20, 2008. On June 17, 2009, the Court issued its MEMORANDUM OPINION AND ORDER and FINDINGS OF FACT AND CONCLUSIONS OF LAW. Consistent with that opinion, the Court entered Judgment on August 24, 2009 (the "Judgment"). Among other holdings in the Judgment, the Court held that DEFENDANT willfully misclassified the job

positions of Desk Lieutenant, Administrative Lieutenant, Curriculum Developer, and Fire Lieutenant as exempt from the overtime provisions of the Fair Labor Standards Act ("FLSA"). The Court therefore applied a three-year statute of limitations to FLSA claims of PLAINTIFFS who held those positions during the relevant time period.

DEFENDANT appealed to the Fifth Circuit solely on the issue of willfulness. On May 4, 2011, the Fifth Circuit vacated the Court's finding of willful violations and remanded the case to this Court for further proceedings consistent with the Fifth Circuit's ruling. Rather than going forward with remand proceedings, the Parties have agreed to amend the Judgment by stipulating and agreeing that (1) DEFENDANT did not willfully violate the FLSA and (2) PLAINTIFFS' claims for damages are limited by a two-year statute of limitations and shall be adjusted accordingly. Except as specifically stated herein, the Judgment shall otherwise remain unaltered by this Agreed Amended Judgment.

This Agreed Amended Judgment disposes of all controversies pending between the Parties in this case, CIVIL ACTION NO. 2-07CV-049-J. Therefore, no remand proceedings or any other proceedings are necessary and this case is fully and finally resolved.

Any and all relief not expressly granted herein is hereby DENIED.

It is SO ORDERED.

Signed this 7th day of June, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

F:\DOCS\2268\012\ORDER\2210311.DOC

**AGREED:**

**ATTORNEYS FOR PLAINTIFFS:**

Jason C. Webster
State Bar No. 24033318
jwebster@thewebsterlawfirm.com
THE WEBSTER LAW FIRM
6200 Savoy, Suite 515
Houston, Texas 77036
(713) 581-3900 Telephone
(713) 581-3907 Facsimile

By: <u>s/ Jason C. Webster</u>
      Jason C. Webster

Michael A. Warner
State Bar No. 20872700
mike@thewarnerlawfirm.com
THE WARNER LAW FIRM
101 SE 11th Ave.
Amarillo, TX 79101
(806) 372-2595 Telephone
(866) 397-9054 Facsimile

By: <u>s/ Michael A. Warner</u>
      Michael A. Warner

**ATTORNEYS FOR DEFENDANT:**

Bradley W. Howard
State Bar No. 00786452
bhoward@bf-law.com
Robert C. Vartabedian
State Bar No. 24053534
rvartabedian@bf-law.com
BROWN & FORTUNATO, P.C.
905 South Fillmore, Suite 400 (79101)
P.O. Box 9418
Amarillo, TX 79105-9418
(806) 345-6300 Telephone
(806) 345-6363 Facsimile

By: <u>s/ Bradley W. Howard</u>
      Bradley W. Howard